FILED

2015 MAY 26  AM 10: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

15-0966 M

United States of America

PLAINTIFF(S)

v.

Raymond Wu

DEFENDANT(S).

CASE NUMBER

15-CR-033

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _indictment_
in the _Eastern_ District of _Wisconsin_ on _2-24-2015_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title _18_ U.S.C., Section(s) _1343_
to wit: _wide Fraud_

A warrant for defendant's arrest was issued by: _Eastern District of Wisconsin_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence this _MAY 26 2015_____, by

_____, Deputy Clerk.

_St. Marie H. Kondzielski_
Signature of Agent

Marie H. Kondzielski
Print Name of Agent

_FBI_
Agency

_Special Agent_
Title

CR-52 (05/98)                    **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**