UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**15-0966 M**

| UNITED STATES OF AMERICA<br>V.<br><br>Raymond Wu | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>15-CR-033<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: __5-24-15    4:30__   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐

4. Charges under which defendant has been booked:
   __18 USC 1343__

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: __1976__

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: __David Kestenbaum__   Phone Number: __818-616-4312__

9. Name of Pretrial Services Officer notified: __Annette Ythier__

10. Remarks (if any): _____

11. Name: __MARIE KONDZIELSKI__ (please print)

12. Office Phone Number: __310-345-4330__    13. Agency: __FBI__

14. Signature: __S/Marie Kondzielski__    15. Date: __5-26-15__

---

CR-64 (2/14)                                    REPORT COMMENCING CRIMINAL ACTION

[FILED stamp: 2015 MAY 26 AM, CLERK U.S. DISTRICT COURT, CENTRAL DIST OF CALIF, LOS ANGELES]